246 So.2d 681

### JACKSON–HINDS BANK
v.
### Wallace M. DAVIS, Jr.
No. 51302.
April 22, 1971.

In re: Jackson-Hinds Bank applying for certiorari, or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 244 So.2d 633.

Writ refused. The judgment is correct.

246 So.2d 681

### STATE of Louisiana ex rel. Frank C. WILLIAMS
v.
### C. Murray HENDERSON, Warden, Louisiana State Penitentiary.
No. 51306.
April 22, 1971.

In re: Frank C. Williams applying for writ of habeas corpus.

Writ denied. The showing made does not warrant the exercise of our supervisory jurisdiction. Relator pleaded to and was sentenced on two charges on the same date with counsel and relator present in court.

246 So.2d 681

### Albert S. FOSSIER and Mildred Fossier
v.
### Merlin J. MAYEUR, d/b/a Mayeur and Company, et al.
No. 51305.
April 22, 1971.

In re: Albert S. Fossier and Mildred Fossier applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 244 So.2d 683.

Writ denied. The result is correct.